# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 13, 2019

## NO. 03-19-00117-CV

**Appellant, Branigan Mulcahy// Cross-Appellant, Cielo Property Group, LLC**

**v.**

**Appellee, Cielo Property Group, LLC// Cross-Appellee, Branigan Mulcahy**

**APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND SMITH
AFFIRMED -- OPINION BY JUSTICE SMITH;
CONCURRING AND DISSENTING OPINION BY JUSTICE TRIANA**

This is an appeal from the interlocutory order signed by the trial court on February 13, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's interlocutory order. Therefore, the Court affirms the trial court's interlocutory order. The appellant/cross-appellee shall pay all costs relating to this appeal, both in this Court and in the court below.